# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Cheerview Enterprises, Inc.　　　**Case No.:** 17-56162

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

☐ **Amendment to Petition:**
　　☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
　　☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
☐ **Statement of Financial Affairs**
☑ **Schedules and List of Creditors:**
　　☐ Schedule A/B
　　☐ Schedule C　☐ Debtor 2 Schedule C
　　☐ List of Creditors ☒ Schedule D ☐ Schedule E/F and
　　　　☑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of
　　　　debt **- $31.00 Fee Required**, or
　　　　☐ Change address of a creditor already on the List of Creditors **- No Fee Required**
　　☐ Schedule G
　　☐ Schedule H
　　☐ Schedule I
　　☐ Schedule J
　　☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** _____

| | |
|---|---|
| | **DECLARATION OF ATTORNEY: I** declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** | **Signature** /s/ Robert N. Bassel |
| | **AFFIRMATION OF DEBTOR(S): I** declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** | **Signature** /s/ Mohamed Berro |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**                    **PLEASE CHANGE TO:**

_____                    

_____                    

_____                    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**                    **PLEASE CHANGE TO:**

_____                    

_____                    

_____                    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**                    **PLEASE CHANGE TO:**

_____                    

_____                    

_____                    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**                    **PLEASE CHANGE TO:**

_____                    

_____                    

_____                    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**                    **PLEASE CHANGE TO:**

_____                    

_____                    

_____                    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**                    **PLEASE CHANGE TO:**

_____                    

_____                    

_____                    _____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**                    **PLEASE CHANGE TO:**

_____                    

_____                    

_____                    _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

**NAME OF CREDITOR:**      R & S Real Estate, LLC
                          743 Grand River Avenue
                          Okemos, MI 48864
                          _____

**ADDRESS:**              _____

                          _____

2

**NAME OF CREDITOR:**   Illira Lokaj/Ali Damsaz

**ADDRESS:**   743 Grand River Avenue
Okemos, MI 48864


**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

3

Fill in this information to identify the case:

Debtor name **Cheerview Enterprises, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Delta Township**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**700 S. Waverly Road, Lansing, IM** | **$3,000.00** | **$200,000.00** |
| **7710 W. Saginaw Highway<br>Lansing, MI 48917**<br>Creditor's mailing address | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Eaton County Treasurer**<br>**2. Delta Township**<br>**3. SSB Bank**<br>**4. US Venture, Inc.**<br>**5. R & S Real Estate, LLC**<br>**6. Illira Lokaj/Ali Damsaz** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| **2.2 Eaton County Treasurer**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**700 S. Waverly Road, Lansing, IM** | **$25,000.00** | **$200,000.00** |
| **7710 W Saginaw<br>Lansing, MI 48917**<br>Creditor's mailing address | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

17-56162-pjs    Doc 25    Filed 12/29/17    Entered 12/29/17 10:06:09    Page 4 of 7

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Fadis Heating & Cooling** | Describe debtor's property that is subject to a lien | $8,360.00 | $10,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **equipment** | | |

**27230 Rochelle**
**Dearborn Heights, MI 48127**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Illira Lokaj/Ali Damsaz** | Describe debtor's property that is subject to a lien | Unknown | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **700 S. Waverly Road, Lansing,  IM** | | |

**743 Grand River Avenue**
**Okemos, MI 48864**
Creditor's mailing address

Describe the lien
**may have subordinate lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **R & S Real Estate, LLC** | Describe debtor's property that is subject to a lien | $112,500.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **700 S. Waverly Road, Lansing,  IM** | | |

**743 Grand River Avenue**
**Okemos, MI 48864**
Creditor's mailing address

Describe the lien
**subordinate lien**

17-56162-pjs    Doc 25    Filed 12/29/17    Entered 12/29/17 10:06:09    Page 5 of 7

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.6 | **SSB Bank** | Describe debtor's property that is subject to a lien | $403,000.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **700 S. Waverly Road, Lansing, IM** | | |

**122 W. Main Street
Stockbridge, MI 49285**
Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.7 | **US Venture, Inc.** | Describe debtor's property that is subject to a lien | $42,000.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **700 S. Waverly Road, Lansing, IM** | | |

**c/o Daniel G. Kielczewski
300 River Place,
Suite 3000
Detroit, MI 48207**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Cheerview Enterprises, Inc.**                    Case number (if know) _____
          Name

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$593,860.00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

17-56162-pjs     Doc 25     Filed 12/29/17     Entered 12/29/17 10:06:09     Page 7 of 7